NANCY L. GOEBLER, an Infant, by FRED A. GOEBLER, Her Guardian ad Litem, and FRED A. GOEBLER, Respondents, and ROSEMARY D. GOEBLER, Plaintiff, v. SELMA MERCANTILE CORP. and MONTEFIORE MADURO, Appellants.— Action by infant plaintiff to recover damages for personal injuries sustained by her through the alleged negligence of defendants in leaving an automobile without a rear light parked upon a highway, contrary to statute, with which car one in which the infant was a passenger collided; and by the infant's father for loss of her services, medical and hospital expenses, and for personal property damage. The jury rendered a verdict in favor of those plaintiffs, upon which judgment was duly entered. Defendants thereupon moved for a new trial upon the ground of newly-discovered evidence, which motion was denied. Defendants appeal from that portion of the judgment which was favorable to respondents and from the order denying their motion for a new trial on the ground of newly-discovered evidence. Judgment, in so far as appealed from, and order denying motion for a new trial on the ground of newly-discovered evidence, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

GINO GUGLIELMONI, Respondent, v. ARNOLD M. DIAMOND, Appellant, and Another, Defendant.— Order granting plaintiff's motion to discontinue the action reversed on the law and the facts, with ten dollars costs and disbursements, and the motion denied, without costs. The case comes within the exceptions to the general rule that a plaintiff is entitled to discontinue an action upon appropriate terms, as a consequence of the appellant's being entitled to affirmative relief because of the counterclaim. (Hayes v. 255–79th Realty Corp., 257 App. Div. 1048.) The trial will proceed before Hon. Selah B. Strong, official referee, on ten days' notice. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

MARIANNA HARRIS, Respondent, and WILLIAM HARRIS, Plaintiff, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Defendant appeals from a judgment in favor of the respondent, in an action to recover damages for personal injuries sustained while she was in the act of boarding the defendant's trolley car. Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.

In the Matter of the Application by the BOARD OF TRANSPORTATION OF THE CITY OF NEW YORK, Pursuant to Chapter 4 of the Laws of 1891 and the Several Statutes Amendatory Thereof and Supplemental Thereto, Relative to Acquiring for the Construction, Operation and Maintenance of a Municipal Rapid Transit Railroad, Certain Real Property, and Rights and Easements, in, through, under, on and over Certain Real Property Situated on Pitkin Avenue, Doscher Street, Euclid Avenue, Pine Street, Hemlock Street, Autumn Avenue, Lincoln Avenue, Sunrise Highway, Sheridan Avenue, Grant Avenue, Glenmore Avenue, Elderts Lane, Belmont Avenue and Sutter Avenue, in the Borough of Brooklyn, City of New York, Route No. 110, Section No. 10. M. & R. HOLDING Co., INC., Appellant; CITY OF NEW YORK and RONSAL, INC., Respondents.— Appeal from final decree in eminent domain proceedings. Decree, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Taylor and Close, JJ.

In the Matter of Proceedings Supplementary to Judgment: JACK LEVINE, Respondent, v. JOSEPH E. LEVINE, Appellant.— Order granting motion to punish appellant for contempt of court for violation of the provisions of an injunction